IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSE ZAMARON,
    Plaintiff,

v.

FRANK BISIGNANO,
    Commissioner of Social Security,
        Defendant.

CIV. NO. 1:24-cv-01138-JMC-KK

## ORDER

On consideration of Defendant's Unopposed Motion for Remand to Agency pursuant to sentence four of 42 U.S.C. § 405(g) (ECF No. 21), the Court hereby REVERSES the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g), and REMANDS the case to the Commissioner for further administrative proceedings.[1] *See Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

IT IS SO ORDERED this 10th day of June, 2025.

/s/ Joel M. Carson III
JOEL M. CARSON III
UNITED STATES CIRCUIT JUDGE
SITTING BY DESIGNATION

---

[1] The Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58. On remand, the case will be remanded to an administrative law judge who will offer the claimant an opportunity for a hearing and issue a new decision.