IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSE ZAMARON,
    Plaintiff,

v.

FRANK BISIGNANO,
Commissioner of Social Security,
    Defendant.

CIV. NO. 1:24-cv-01138-JMC-KK

## JUDGMENT

Having granted Defendant's Unopposed Motion for Remand to Agency in an Order entered on June 10, 2025,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

**IT IS SO ORDERED.**

IT IS SO ORDERED this 10th day of June, 2025.

/s/ Joel M. Carson III
JOEL M. CARSON III
UNITED STATES CIRCUIT JUDGE
SITTING BY DESIGNATION